MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 12-00834 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [P~~ROPO~~SED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 20, 2012 TO JANUARY 30, 2013 |
| v. ) | |
| ) | |
| MONICO DOMINGUEZ, ) | |
| JUAN DOMINGUEZ, JR., ) | |
| SHAWN GEERNAERT ) | |
| ) | |
| Defendant. ) | |

On December 20, 2012, the parties in this case appeared before the Honorable Edward M. Chen for an initial appearance. At that time, the parties represented that the government had just produced to defense counsel a voluminous set of discovery, including multiple CDs worth of video and audio recordings and that the defense would need additional time to review the discovery and to conduct additional investigation. Accordingly, the parties jointly requested an extension of time and stipulated that time should be excluded from December 20, 2012 to January 30, 2013, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC                                            1

defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 29, 2013          /s/
RANDY LUSKEY
Assistant United States Attorney

DATED: January 29, 2013          /s/
JAI GOHEL
Attorney for Monico Dominguez

DATED: January 29, 2013          /s/
JODI LINKER
Attorney for Juan Dominguez Jr.

DATED: January 29, 2013          /s/
JOSEPH STOGNER
Attorney for Shawn Geernaert

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from December 20, 2012 to January 30, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 1/31/13                   _____
                                 E. CHEN
                                 District Judge

IT IS SO ORDERED
Judge Edward M. Chen