1 | STEVEN G. KALAR
  | Federal Public Defender
2 | JODI LINKER
  | Assistant Federal Public Defender
3 | 19th Floor Federal Building
  | 450 Golden Gate Avenue
4 | San Francisco, CA 94102
  | Telephone: (415) 436-7700
5 |
  | Counsel for Defendant DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0834 EMC |
| Plaintiff, | ) | STIPULATION AND [PRO~~POSED~~] ORDER TO CONTINUE |
| v. | ) | |
| JUAN DOMINGUEZ JR., | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for May 8, 2013 be continued to May 22, 2013 at 2:30 pm.

Defense counsel and government counsel are currently in negotiations over a resolution of this matter. Government counsel is out on paternity leave and defense counsel is required to take furlough days making resolution of this case more timely than normal to complete these negotiations. Accordingly, the parties jointly request that the appearance be continued from May 8, 2013 to May 22, 2013.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from May 8, 2013 to May 22, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time

would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from May 8, 2013 to May 22, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

__5/1/13_____  _____/s/_____
DATED  RANDY S. LUSKEY
 Assistant United States Attorney

__5/1/13_____  _____/s/_____
DATED  JODI LINKER
 Assistant Federal Public Defender

IT IS SO ORDERED.

5/6/13
_____  _____
DATED  EDWARD M. CHEN
 United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*