United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MONICO DOMINGUEZ,

        Defendant.
_____/

No. CR-12-0834 EMC

**AMENDED ORDER RE JOINT CASE DESCRIPTION**

The parties submitted joint proposed voir dire questions and jury instructions without providing a case description. Docket No. 106. The parties are hereby ordered to prepare a brief one paragraph joint case description by 5:00 p.m., February 5, 2014.

IT IS SO ORDERED.

Dated: February 3, 2014

_____
EDWARD M. CHEN
United States District Judge